From:                                      06/28/2013 15:03     #168 P.002/002

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: GUY PROCTOR, JR.                  CASE NO. 13-10979

### AGREED ORDER RESOLVING MOTION TO AVOID LIEN (DK#27)
### AND OBJECTION TO CONFIRMATION (DK#12)

THIS DAY, there came on to be heard and was heard the Creditor, Republic Finance, LLC, response to the Debtor's Motion to Avoid Lien (DK#27) and Objection to Confirmation (DK#12) and the Debtor's Response thereto and the Court having considered the evidence and arguments presented hereby finds, as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

That the Creditor shall withdraw its response to the Debtor's Motion to Avoid Lien and its Objection to Confirmation.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Creditor's response to the Debtor's Motion to Avoid Lien and Objection to Confirmation is hereby withdrawn. Further, that the Debtor's Motion to Avoid Lien is hereby granted

SO, ORDERED, ADJUDGED AND DECREED this, the 8th day of July, 2013.

JASON D. WOODARD
U. S. BANKRUPTCY JUDGE

Bart M. Adams
Attorney for Republic

Attorney for Debtor

Chapter 13 Trustee