IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

GUY PROCTOR, JR. &                                             13-10979-JDW
VERNA PROCTOR

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM (Clm. #9)

COMES NOW Trustee, Locke D. Barkley, by and through counsel, and files this *Trustee's Objection to Proof of Claim (Clm. #9)* filed herein by Consolidated Recovery Systems on behalf of McClatchy Medical Center ("Creditor"), and in support thereof states as follows:

1.  Debtors' bankruptcy was filed on March 8, 2013.

2.  Pursuant to the proof of claim filed herein by Creditor (Clm. #9) in the amount of $160.60, portions of the underlying debt ($112.00) were incurred after the filing of the bankruptcy petition. The portions of the claim of Creditor which are post-petition debts incurred without prior approval of this Court are as follows: $111.00 incurred on March 11, 2013: and $1.00 incurred on March 29, 2013. The claim should be reduced by the post-petition amount and allowed in the amount of $48.60.

WHEREFORE, PREMISES CONSIDERED, Trustee, Locke D. Barkley, prays that upon notice and hearing that this Court enter its order sustaining Trustee's objection and for such other relief to which Trustee and this bankruptcy estate may be entitled.

Dated: July 12, 2013

        Respectfully submitted,
        LOCKE D. BARKLEY, TRUSTEE

        BY: /s/ W. Jeffrey Collier
        W. JEFFREY COLLIER, ESQ.
        Attorney for Trustee
        6360 I-55 North, Suite 140
        Post Office Box 55829
        Jackson, Miss. 39296
        (601) 355-6661
        jcollier@barkley13.com
        MSB No. 10645

# C E R T I F I C A T E

I, W. Jeffrey Collier, Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have electronically served through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Office of the U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Karen Schneller, Esq.
karen.schneller@gmail.com
kschnellernotices@gmail.com
jamiebrigance@hotmail.com

The following parties of interest shall be served with the foregoing pursuant to the Court's Standing Order Delegating Certain Noticing Responsibilities once a Notice of Hearing is generated by the Court:

Guy Proctor, Jr. &
Verna Proctor
7386 Fox Glen Dr.
Olive Branch, MS 38654

Consolidated Recovery Systems
On behalf McClatchy Medical Center
2650 Thousand Oaks, Blvd Ste 4200
Memphis, TN 38118

Dated:  July 12, 2013

                                            /s/ W. Jeffrey Collier
                                            W. JEFFREY COLLIER

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

GUY PROCTOR, JR. &                                             13-10979-JDW
VERNA PROCTOR

O R D E R

THIS CAUSE came on for hearing on *Trustee's Objection to Proof of Claim (Clm. #9)* filed herein by Consolidated Recovery Center on behalf of McClatchy Medical Center; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

1. No response has been timely filed herein.

2. Trustee's Objection is hereby sustained.

3. The claim of Consolidated Recovery Center on behalf of McClatchy Medical Center (Clm. #9) shall be allowed in the amount of $48.60.

SO ORDERED, this the ___ day of _____, 2013.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER, ESQ.
Attorney for Trustee
6360 I-55 North, Suite 140
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
jcollier@barkley13.com
MSB No. 10645