IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT MISSISSIPPI

GUY PROCTOR AND
VERNA PROCTOR                                    CHAPTER 13

DEBTORS                                          CASE NO. 13-10979 JDW

## ORDER

THIS CAUSE came on for hearing on the Debtors' Objection to the Proof of Claim filed by Citizens Bank [Claim No. 6], no response having been filed by the deadline set by the Court, and the Court being fully advised in the premises, finds that:

1.  Citizens Bank filed a proof of claim as a secured creditor in the amount of in the amount of $23,010.87 original being in the Court file.

2.  The Debtors no longer has the 717 A 48" ztrak mower and the 2004 Chevrolet Trailblazer is pledged as collateral on note number 4470 to the Creditor.

It is therefore, ORDERED that the Proof of Claim filed by Citizens Bank [Claim No. 6] shall be treated as a general unsecured claim and paid pursuant to the Debtors' Chapter 13 Plan on file with the Court.

SO ORDERED this the 23rd day of July, 2013.

_____
BANKRUPTCY JUDGE

PRESENTED BY:
KAREN B. SCHNELLER, MSB #6558
Attorney at Law
P. O. Box 417
Holly Springs, MS 38635
(662) 353-3224