**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: GUY PROCTOR, JR.** | |
| **& VERNA PROCTOR** | **CHAPTER 13** |
| **DEBTORS** | **CASE NO. 13-10979 JDW** |

**NOTICE OF OBJECTION TO POST PETITION MORTGAGE FEES,**
**EXPENSES AND CHARGES [DOCKET NO. 56]**

**COMES NOW** the above-named debtors, by and through their attorney of record in this case, and objects to the Notice of Post Petition Mortgage Fees, Expenses and Charges and in support hereof respectfully shows unto the Court the following:

1. Ocwen Loan Servicing, LLC filed a Notice of Post Petition Mortgage Fees, Expenses and Charges regarding Debtors' mortgage account.

2. The mortgage company has filed a notice regarding bankruptcy/proof of claim fees in the amount of $300.00. The Debtors would state that their property is under secured and these fees are the responsibility of the mortgage company. The mortgage company should withdraw the notice filed with the Court.

Respectfully submitted, this the 30th day of July, 2013.

              /s/Karen B. Schneller
              **KAREN B. SCHNELLER**
              **Attorney at Law**
              **Post Office Box 417**
              **Holly Springs, MS  38635**
              **662-252-3224**

CERTIFICATE OF SERVICE

      I, Karen B. Schneller, attorney for the Debtors, hereby certify that a copy of the foregoing objection to post petition mortgage fees, expenses and charges has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Ocwen Loan Servicing, LLC, either by electronic means or by United States Mail.

**Ocwen Loan Servicing, LLC**
**c/o Pamela B. King, Esq.**
**Underwood Law Firm**
**340 Edgewood Terrace Drive**
**Jackson, MS 39206**

**Locke Barkley**
**Chapter 13 Trustee**
**P.O. Box 55829**
**Jackson, Mississippi 39296**

**U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

      This the 30th day of July, 2013.

                                              /s/Karen B. Schneller
                                              **KAREN B. SCHNELLER**