IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

GUY PROCTOR, JR. &                                   13-10979-JDW
VERNA PROCTOR

## ORDER

THIS CAUSE came on for hearing on *Trustee's Objection to Proof of Claim (Clm. #9)* filed herein by Consolidated Recovery Center on behalf of McClatchy Medical Center; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

1. No response has been timely filed herein.

2. Trustee's Objection is hereby sustained.

3. The claim of Consolidated Recovery Center on behalf of McClatchy Medical Center (Clm. #9) shall be allowed in the amount of $48.60.

SO ORDERED, this the 26th day of August, 2013.

_____
U.S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER, ESQ.
Attorney for Trustee
6360 I-55 North, Suite 140
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
jcollier@barkley13.com
MSB No. 10645